**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF LOUISIANA**

**UNITED STATES**                                                        **CRIMINAL ACTION**

**VERSUS**                                                               **NO:   10-0089**

**WILMER A. PUELLO-MORA**                                                **SECTION: "C" (1)**

## ORDER & REASONS

Before the Court is defendant Wilmer A. Puello-Mora's  motion for the modification/reduction of sentence pursuant to the fast tract directive and 18 U.S.C. § 3582(c)(2). Rec. Doc. 149.  The defendant requests a reduction of his sentence contending that the "Fast Track" directive which was issued on January 31, 2012 and made effective March 1, 2012, applies to him, and that it may be applied retroactively to reduce his sentence.  The Court hereby DENIES the motion for the following reasons.

Mr. Puello-Mora plead guilty to Count 18 of the Superseding Indictment under which he was charged with one count of conspiracy to possess with intent to distribute 500 grams or more of cocaine hydrochloride in violation of 21 U.S.C. § 846. Rec. Docs. 42, 84. The nationwide Fast-Track Program implemented on March 1, 2012 only applies to defendants who are convicted for felony illegal reentry, in violation of 8 U.S.C. § 1326. Rec. Doc. 151, Exh. 1.  Puello was convicted of a drug violation rather than illegal reentry.  Therefore, he is not eligible for the Fast-Track Program.

IT IS ORDERED that the motion is DENIED.

New Orleans, Louisiana, this 2nd day of January, 2013.

**HELEN G. BERRIGAN**
**UNITED STATES DISTRICT JUDGE**